UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 26-2513 as

☑ Retained ☐ Court-appointed(CJA) ☐ CJA associate ☐ Court-assigned(non-CJA) ☐ Federal Defender

☐ Pro Bono ☐ Government

COUNSEL FOR: Angelica Rose Brown

______________________________ as the

(party name)

☑ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s) ☐ movant(s)

[signature]

(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

Artur Davis
Name (printed or typed)

205-881-0935
Voice Phone

HKM Employment Attorneys
Firm Name (if applicable)

NA
Fax Number

2024 3rd Avenue N #212

Birmingham AL 35203
Address

adavis@hkm.com
E-mail address (print or type)

---

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on __________ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

[signature]
Signature

11 / 01 / 2026
Date

1/28/2020 SCC

Print for PDF for Filing    Reset Form

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Fourth Circuit Appearance of Counsel |
| **File name** | Brown_Appearance_of_Counsel.pdf |
| **Document ID** | 18b9f32c89fcc9eadcd13491f8d01ece88bd62a1 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **11 / 01 / 2026**<br>22:23:36 UTC-5 | Sent for signature to Artur Davis (adavis@hkm.com) from jwalker@hkm.com<br>IP: 73.207.38.184 |
| VIEWED | **11 / 01 / 2026**<br>22:25:18 UTC-5 | Viewed by Artur Davis (adavis@hkm.com)<br>IP: 73.207.38.184 |
| SIGNED | **11 / 01 / 2026**<br>22:25:36 UTC-5 | Signed by Artur Davis (adavis@hkm.com)<br>IP: 73.207.38.184 |
| COMPLETED | **11 / 01 / 2026**<br>22:25:36 UTC-5 | The document has been completed. |