UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

# DISCLOSURE STATEMENT

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. 26-2513 Caption: Angelica Brown v. UNC at Chapel Hill

Pursuant to FRAP 26.1 and Local Rule 26.1,

Angelica Brown
(name of party/amicus)

who is appellant, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:



Doc ID: 5508180a3068b12995d09ce0ca89b2c00aa61ef4

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐YES ☑NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐YES ☑NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim? ☐YES ☑NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: [signature] Date: 11 / 01 / 2026

Counsel for: Angelica Brown



Print to PDF for Filing Reset Form

Doc ID: 5508180a3068b12995d09ce0ca89b2c00aa61ef4

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Fourth Circuit Disclosure Form |
| **File name** | Fourth_Circuit_Disclosure_Form.pdf |
| **Document ID** | 5508180a3068b12995d09ce0ca89b2c00aa61ef4 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

## Document History

| | | |
|---|---|---|
| SENT | **11 / 01 / 2026**<br>22:34:47 UTC-5 | Sent for signature to Artur Davis (adavis@hkm.com) from jwalker@hkm.com<br>IP: 73.207.38.184 |
| VIEWED | **11 / 01 / 2026**<br>22:35:11 UTC-5 | Viewed by Artur Davis (adavis@hkm.com)<br>IP: 73.207.38.184 |
| SIGNED | **11 / 01 / 2026**<br>22:35:22 UTC-5 | Signed by Artur Davis (adavis@hkm.com)<br>IP: 73.207.38.184 |
| COMPLETED | **11 / 01 / 2026**<br>22:35:22 UTC-5 | The document has been completed. |